1  Dina Adham (State Bar No. 203048)
2  LAW OFFICES OF DINA ADHAM
   1230 Rosecrans Avenue, Suite 300, PMB 698
3  Manhattan Beach, California 90266
   Telephone:   (310) 384-0843
4  E-Mail: dadham@adhamlawgroup.com

5  Christopher Brown (Seeking *Pro Hac Vice Admission*)
   Brown & Rosen LLC
6  100 State Street, Suite 900
   Boston, MA 02109
7  Telephone: (617) 728-9111
   E-Mail: cbrown@brownrosen.com

8  Attorneys for Plaintiff
   Josh Webber
9
                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DIVISION OF CALIFORNIA
11
                        WESTERN DIVISION
12

13  JOSH WEBBER                          | CASE NO.
14              Plaintiff,
15      vs.                              | COMPLAINT
16
17  DAMON DASH AND
    THE DASH GROUP LLC
18              Defendants.
19

27                              1
                            COMPLAINT
28

**JURISDICTION**

1.     This Court has diversity jurisdiction over this matter pursuant to 28

U.S.C. 1332 because: (a) this action is between citizens of different states; and,

(b) the matter in controversy exceeds $75,000, exclusive of interest and costs.

This Court has personal jurisdiction over Plaintiff's state law claims pursuant

to 28 U.S.C. §1367(a). Venue is proper in this District pursuant to 28 U.S.C.

§1391(b) because a substantial part of the events or omissions giving rise to

this action, including certain unlawful actions alleged herein, and the

Defendants conducts business in this District.

**PARTIES**

2.     Plaintiff Josh Webber ("Webber"), an accomplished film director and

producer, is a California resident with a principal address at 5482 Wilshire

Blvd. Los Angeles, California 90036.

3.     Defendant Damon Dash ("Dash") is a Florida resident with an address of 228

McLean Point, Winter Haven, Florida 33884.

4.     Defendant The Dash Group LLC ("TDG") is a registered California LLC, but

has no offices in California.  Raquel Horn ("Horn") and her boyfriend Dash own and

operate TDG and moved its principal office to Florida in 2022.  See Exhibits A and B.

Horn and Dash are both members of TDG, and they are both Florida residents with a

principal office address of 228 McLean Point, Winter Haven, Florida 33884.[1]  TDG

has not filed a Statement Of Information or Annual Report with the State of

California since 2022. The registered agent for TDG in Florida is Erikka Fontanez,

1785 Grey Fox Drive, Lakeland, FL, 33810.

## FACTS

5.      Dash has a history of making false, defamatory statements in this

District.  *See*, *e.g.*, <u>*Brown v. Dash*</u>, 20-10676-DSF and <u>*Bunn v. Dash*</u>, 20-7389-

DMG.

***The New York Lawsuit***

6.      In approximately 2017, Muddy Water Pictures ("MWP") hired Webber

to be the director of a film named "The List", which was released with the title

"Dear Frank" ("the Film").  MWP hired Dash as a "vanity director" for the

Film but, once filming began, MWP fired Dash because he was disruptive and

under the influence of marijuana.

---

[1] An LLC maintains the residence of its members.  *See Bayerische Landesbank, New York Branch*, 692 F.3d at 49 (citing *Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51– 52 (2d Cir. 2000)) (Defendant is a limited liability company that takes the citizenship of each of its members.). A complaint must plead the citizenship of an LLC's members for diversity jurisdiction. *See Infinity Consulting Grp., LLC v. American Cybersystems, Inc.*, No. 09-CV-1744, 2010 WL 456897, at *1 (E.D.N.Y. Feb. 3, 2010).

3

7.    Dash thereafter frivolously claimed that he owned the copyright in the Film and attempted to market the Film as his own.  MWP and Webber were forced to file a lawsuit in the Southern District of New York for copyright infringement and defamation of character, styled *Webber v. Dash*, 19-cv-610-RWL ("NY Lawsuit").

8.    After a jury trial in the NY Lawsuit in March 2022, Dash was found liable for copyright infringement and for defaming MWP and Webber.  The false statements for which Dash was found liable included that Webber stole from Dash, robbed a child, and was a con man.  The Court confirmed MWP's ownership of the copyright for the Film,  and judgments were entered in favor of MWP and Webber, totaling $823,000, inclusive of legal fees.  Dash's appeal was rejected by the Second Circuit of Appeals.

9.    Dash was an owner of Roc-A-Fella Records, Inc. with Shawn ("Jay-Z") Carter.  In February 2024, the Court in the NY Lawsuit ordered that Dash's one-third ownership interest in Roc-A-Fella Records, Inc. be sold to satisfy the judgments in the NY Lawsuit. Dash owed New York State over $8 Million Dollars in back taxes, which took priority over Webber's judgment in the NY Lawsuit. New York State and New York City purchased Dash's one-third ownership for $1 Million Dollars in November 2024.

4

COMPLAINT

*The First Defamation Action In California*

10.    On or about March 30, 2024, Dash was a guest on the "Earn Your Leisure" Podcast ("Podcast").  During the Podcast, Dash told the hosts that Webber stole from him relating to the film "Dear Frank".  Specifically, Dash stated the following:

> I had a judgment.  And I knew this dickhead Chris Brown (pause) and Josh Webber (pause) and Muddy Waters… Chris Brown the lawyer.  I went through 4 trials with the same lawyer…
>
> What I lost was defamation because these guys trigger me and steal my shit...you think there is freedom of speech, it's really not…

11.    The video of the Podcast was seen over 300,000 times on Instagram and Facebook and had over 65,000 views on YouTube.

12.    On or about March/April, 2024, Webber signed a contract with Rebel Entertainment to direct/produce the film "Fast Life" starring Billy Bob Thorton, Scott Eastwood and others.  Webber was to be paid Four Million Dollars ($4,000,000.00) for his services.

13.    On April 10, 2024, Rebel Entertainment cancelled Webber's contract, advising Webber that Dash's accusations of theft were the reason for terminating the agreement.  Webber sued Dash for the injury caused by the

5

defamatory statements in a lawsuit styled _Webber v. Dash_, CV 24-3278-JFW

("Defamation Lawsuit 1").  The Court entered judgment in favor of Webber in

the amount of $4,000,000 in March 2025.

### _Dash Threatens To Sue Webber In September 2025 For RICO Violations_

14.     On August 4, 2025, Webber signed a $10 Million Dollar Director/Producer

Agreement with Torn Project LLC ("TPL") for the upcoming film "TORN".  Webber

was to be paid $10,000,000 for his services.

15.     On or about September 4, 2025, Dash filed for bankruptcy in the State of

Florida.  See Exhibit C.

16.     On or about September 16, 2025, Dash attended an interview in New

York City at the highly rated radio/podcast show "The Breakfast Club".  Dash

referenced the judgment Webber obtained in the NY Lawsuit and claimed that

he did not owe Webber any money due to his bankruptcy filing.  Dash also

indicated that he intended to sue Webber for a RICO violation.

17.     On September 17, 2025, Dash sent a text message to Webber accusing

him of, among other things, theft and a racketeering violation (RICO):

I am placing you on formal notice of my intent to pursue claims under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962) and related state-law causes of action.

The Film The List / Dear Frank – I conceived, directed, financed, and produced the film. Despite my leadership and contributions, Tony White, Josh Webber, Brian White, Muddy Waters Films, and others misappropriated it, removed my credits, and retitled it Dear Frank…………..

**Demand**

Within 14 days of this notice, you are required to:

1. Cease and desist all defamatory, fraudulent, and harassing actions.

2. Issue retractions of false statements and testimony.

3. Provide an accounting of all profits from my films, business ventures, and related enterprises.

4. Remit payment of $100,000,000.00.

5. Preserve all evidence (emails, texts, contracts, financials, call sheets, recordings, trial records, communications with attorneys).

Failure to comply will result in the immediate filing of a Civil RICO action in federal court naming all of you, with additional parties added as revealed through discovery.

All rights are reserved.

Govern yourselves accordingly.
Sincerely,
Damon Dash
The Dash Group

See Exhibit D.

---

18.     Dash sent the same message via email to Webber's attorney, Christopher Brown, as well as to his own attorney Natraj Bhushan. See Exhibit E.

19.     Hours later, in the early morning (approximately 1:00 AM) of September 18, 2025[2], Dash posted the September 17, 2025 text message on his Instagram account. See Exhibit F.  Dash added the hashtag to the Instagram post, "#too easy" and "#checkmate" with a laughing emoji and signed the post on behalf of TDG.  Dash has over 1.3 million followers on Instagram.

20.     On September 18, 2025, the publication "All Hip Hop" wrote a story about Dash's Instagram post entitled, "Damon Dash Demands $100M & Threatens RICO Lawsuit Amid Claudia Jordan Feud".

21.     Immediately thereafter, TPL executives terminated Webber's contract to direct and produce "TORN" because of the negative press arising from Dash's allegation that Webber was part of a criminal organization. See Exhibit G. See Affidavit of Tina Parmar at Exhibit H.

---

[2] The acts complained of herein, occurred following the filing of the bankruptcy petition and, therefore, the bankruptcy stay does not bar this lawsuit.   See 11 USC 362(a)(1).

22.     Dash's defamatory statements harmed Webber in his business in an

amount no less than $10,000,000.

**COUNT I**
**DEFAMATION OF CHARACTER**
**AGAINST THE DEFEENDANTS PURSUANT TO CALIFORNIA LAW**

23.     Webber repeats and realleges each of the preceding paragraphs 1-22.

24.     Under California law, the elements of a defamation claim are (1) the defendant

made a statement; (2) it was reasonably understood that the statement was about

plaintiff; (3) that the public reasonably understood the statement to be an accusation

that Plaintiff committed a crime; and, (4) the defendant failed to use reasonable care to

determine the truth or falsity of the statement. See CACI 1704.

25.     Defendants published the malicious statements identified in Exhibits D-F,

including the accusation that Webber was a part of a criminal organization, on Dash's

Instagram account @duskppoppington.  The statements were untrue and defamatory

and harmed Webber's career. Webber is not part of a criminal organization.

26.    Defendants failed to use reasonable care to ensure the truth of the statements at Exhibit D-F, and Defendants affirmatively knew that the statement that Webber is a member of criminal racketeering organization was false.

27.    Defendants' statements have harmed Webber by causing TPL to cancel its $10 million director/producer contract with Webber.

28.    In Dash's September 17, 2025 Instagram post, he claimed that he "directed" and "financed" the film "Dear Frank". See Exhibit F. Dash knew this statement to be false as it was fully and finally adjudicated in the NY Lawsuit. Docket Entry 319, page 2, dated July 14, 2022. Indeed, the New York court included the following findings about the Film when ordering Dash to pay MWP's legal fees:

> Among other evidence presented at trial, the jury learned that
> Muddy controlled and made decisions on all key aspects of
> the Film. (Tr. 241-42.4) Muddy financed and produced the Film.
> (Tr. 212, 226.) Muddy provided the script for the Film. (Tr. 28, 220.)
> Muddy entered into work-for-hire agreements for the Film.
> Tr. 212, 215-18.) Muddy, or others working for Muddy, hired
> the principal actors and production crew. (Tr. 26, 28-29, 212.)
> Muddy hired Webber to direct and help produce the Film.
> (Tr. 25, 219.)

29.    Dash knew that his organized crime accusation against Webber was false when he made it in September 2025, especially after Dash lost Defamation Lawsuit 1 in March 2025. Defendants' conduct was willful, and/or malicious, and Webber also is entitled to recover punitive damages. *Civil Code* § 3294.

1

2

## PRAYER FOR RELIEF

3  WHEREFORE, Webber prays for a jury trial and a Judgment against the Defendants

4  as follows:

5      1.    For damages in the amount of at least $10,000,000, or such other sum

6  according to proof at trial;

7      2.    For exemplary and/or punitive damages in amount to be proven at trial;

8      3.    For interest as allowed by law; and

9      4.    For cost of suit herein.

10

11                     JOSH WEBBER

12                     By his Attorneys,

13

14                     Dina Adham

Dina Adham, Esq.

15                     Law Offices of Dina Adham

1230 Rosecrans Avenue, Suite 300

16                     PMB #698

17                     Manhattan Beach, CA 90266

(310) 384 0843 dadham@adhamlawgroup.com

18

19                     Seeking pro hac vice admission

20                     Christopher Brown

21                     Brown & Rosen LLC

Attorneys At Law

22                     100 State Street, Suite 900

23                     Boston, MA 02109

617-728-9111 (T)

24  Dated: December 22, 2025         cbrown@brownrosen.com

25

26

27  11

COMPLAINT

28

# EXHIBIT A

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

20-C35350

**FILED**

In the office of the Secretary of State
of the State of California

**JUN 09, 2020**

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| THE DASH GROUP LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 202016010611 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>33 E. Orange Grove Ave | Burbank | CA | 91502 |
| b. Mailing Address of LLC, if different than item 4a<br>13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>33 E. Orange Grove Ave | Burbank | CA | 91502 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Damon | | Dash | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Liana | | Zelli | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 450 N Brand Blvd, Ste 600 | Glendale | CA | 91203 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Media |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/09/2020 | Liana  Zelli | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐              ⌐

Company:

Address:

City/State/Zip: ⌐              ⌐

LLC-12 (REV 01/2017)                 Page 1 of 2                 2017 California Secretary of State
www.sos.ca.gov/business/be

**Attachment to Statement of Information (Limited Liability Company)**

**LLC-12A Attachment**

20-C35350

**A. Limited Liability Company Name**

THE DASH GROUP LLC

This Space For Office Use Only

**B. 12-Digit Secretary of State File Number**

202016010611

**C. State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Raquel | | Horn | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

# EXHIBIT B

M240000007302

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300431050453

2024 JUN -7 PM 4:28
RECEIVED
TALLAHASSEE, FLORIDA

JUN 05 2024
K. Brumbley

## Advanced Incorporating Service

1317 California Street
P.O. Box 20396
Tallahassee, FL 32316

Phone: 850-222-CORP
Fax: 850-575-2724
Email: wlopez@aisincfl.com
Website: www.aisincfl.com

NAME OF ENTITY

The Dash Group LLC

FOR OFFICE USE ONLY

**PICK ONE:**

____CERTIFIED COPY   XX PHOTOCOPY   ____C.U.S.

**FILING:**

___CORPORATION ____LLC ____LIMITED PARTNERSHIP ____GENERAL PARTNERSHIP

____FICTITIOUS NAME ____SERVICEMARK/TRADEMARK ____AMENDMENT

XX FOREIGN QUALIFICATION ____JUDGMENT LIEN

____OTHER_____

**RETRIEVAL:**

____GOOD STANDING CERT/C.U.S. ____CERTIFIED COPY ____PHOTOCOPY

Of_____

**APOSTILLE/NOTARY CERTIFICATION REQUEST:**

Country_____

Amount of Documents_____

**DATE** 6/7/24 _____   **TIME**_____

**Notes:**___ FILE 1ST, please _____

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. The Dash Group LLC

   (Name of Foreign Limited Liability Company, must include "Limited Liability Company," "L.L.C.," or "LLC.")

   BluRoc Records LLC

   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C.," or "LLC.")

2. State of California

   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 371976415

   (FEI number, if applicable)

4. _____

   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 600 Overlook Dr

   (Street Address of Principal Office)

   Winter Haven FL 33884

6. 228 Mclean Pt.

   (Mailing Address)

   Winter Haven FL 33884

7. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

   Name:          Erikka Fontanez

   Office Address: 1785 Grey Fox Dr

   Lakeland                        , Florida    33810
   (City)                                        (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*Erikka Fontanez*
Erikka Fontanez (Jun 6, 2024 15:22 EDT)
(Registered agent's signature)

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| Title or Capacity: | Name and Address: | Title or Capacity: | Name and Address: |
|---|---|---|---|
| ☑Manager | Name: Raquel Horn | ☑Manager | Name: DGCO LLC |
| ☐Member | Address: 228 McLean Pt. | ☐Member | Address: 13547 Ventura Blvd Ste 199 |
| ☐Authorized | Winter Haven, FL 33884 | ☐Authorized | Sherman Oaks CA 91423 |
| Person | | Person | |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____
Signature of an authorized person

Raquel Horn
_____
Typed or printed name of signee



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | THE DASH GROUP LLC |
| **Entity No.:** | 202016010611 |
| **Registration Date:** | 06/05/2020 |
| **Entity Type:** | Limited Liability Company - CA |
| **Formed In:** | CALIFORNIA |
| **Status:** | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of May 09, 2024.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

**Certificate No.:** 208693735

# EXHIBIT C

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Damon** <br> First name <br><br> **Anthony** <br> Middle name <br><br> **Dash** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Dame Dash | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0804 | |

Debtor 1    **Damon Anthony Dash**                Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

**About Debtor 1:**

**6039 Cypress Gardens Blvd #620**
**Winter Haven, FL 33884**
Number, Street, City, State & ZIP Code

**Polk**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**About Debtor 2 (Spouse Only in a Joint Case):**

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Damon Anthony Dash**                                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __Damon Anthony Dash__      Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ **No.** Go to Part 4.

☑ **Yes.** Name and location of business

**Damon Dash Productions**
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ **No.** I am not filing under Chapter 11.

☐ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ **No.**

☐ **Yes.**

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

| Debtor 1 | **Damon Anthony Dash** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Damon Anthony Dash**                                            Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Damon Anthony Dash**

**Damon Anthony Dash**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on    **September  4, 2025**                   Executed on
MM / DD / YYYY                                              MM / DD / YYYY

---

| Debtor 1 | **Damon Anthony Dash** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Brian D. Zinn | Date | September  4, 2025 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Brian D. Zinn 012497**
Printed name

**ZinnLaw PLLC**
Firm name

**2891 Center Pointe Dr., Suite 304**
**Fort Myers, FL 33916**
Number, Street, City, State & ZIP Code

Contact phone   **(239) 418-1529**          Email address   **brian@zinn.law**

**012497 FL**
Bar number & State

---

**Voluntary Petition for Individuals Filing for Bankruptcy**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:**    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $       **0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $       **4,350.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $       **4,350.00** |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $       **0.00** |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $       **19,789,681.87** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $       **5,513,367.60** |
| **Your total liabilities** | $       **25,303,049.47** |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................. | $       **0.00** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*....................................... | $       **5,200.00** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☐   Yes

7.   **What kind of debt do you have?**

    ■   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Damon Anthony Dash**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____ **0.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 647,764.39 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 19,141,917.48 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 19,789,681.87 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................=>

|  |
|---|
| **$0.00** |

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes.  Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Debtor 1 | **Damon Anthony Dash** | Case number *(if known)* |
|---|---|---|

| **Cell Phone** | **$500.00** |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☒ No
   - ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☒ No
   - ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☒ Yes.  Describe.....

| **2 Guns** | **$750.00** |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes.  Describe.....

| **Clothing** | **$500.00** |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes.  Describe.....

| **Jewelry** | **$2,500.00** |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☒ No
    - ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| | **$4,250.00** |
|---|---|

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ☒ Yes.....................................................................................................

| Official Form 106A/B | Schedule A/B: Property | page 2 |
|---|---|---|

| Debtor 1 | **Damon Anthony Dash** | | Case number *(if known)* | |

| | | **Cash** | | $100.00 |

17. **Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ■ No
  ☐ Yes........................   Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
| --- | --- | --- | --- |
| **Dash Films, Inc.** | **100%** | % | **$0.00** |
| **Poppington LLC** | **50%** | % | **$0.00** |
| **Bluroc LLC** | **Unknown Percentage** | % | **$0.00** |
| **Blakroc LLC** | **33%** | % | **Unknown** |
| **Lebanon Improvements LLC** | **Unknown Percentage** | % | **Unknown** |
| **Ocean East Improvements LLC** | **Unknown Percentage** | % | **Unknown** |
| **DD172 LLC** | **100%** | % | **$0.00** |
| **D Dash Films Inc.** | **100%** | % | **$0.00** |
| **1996 Songs LLC** | **50%** | % | **Unknown** |
| **Roc A Fella Films Inc., LLC** | **100%** | % | **Unknown** |
| **Possible interests in other entities, but as of now, unknown** | **Unknown Percentage** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ■ No
  ☐ Yes. Give specific information about them
  Issuer name:

| Debtor 1 | **Damon Anthony Dash** | | Case number *(if known)* | |

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
       Type of account:    Institution name:

**22. Security deposits and prepayments**
 Your share of all unused deposits you have made so that you may continue service or use from a company
 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................       Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............  Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
 *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                           _____

**29. Family support**
 *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
 *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
     benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| **Possible amount owed from Kareem Biggs** | **Unknown** |

**31. Interests in insurance policies**
 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No

| Official Form 106A/B | Schedule A/B: Property | page 4 |

Debtor 1    **Damon Anthony Dash**                                    Case number *(if known)*

☐ Yes. Name the insurance company of each policy and list its value.

Company name:                          Beneficiary:                     Surrender or refund
                                                                        value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

    | Possible claims against: Chris Brown, E.W. Brooks, Muddy Waters Pictures, Josh Webber, Claudia Jordan, Monique Bunn, Muhammad Sultan, and Corrina Levine, for some or all of the following: money owed, civil conspiracy, malicious prosecution, defamation, etc. | **Unknown** |

35.  **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here....................................................................................................................    **$100.00**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
               If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here  .....................................    **$0.00**

Debtor 1    **Damon Anthony Dash** _____    Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**                                              **$0.00**

57. **Part 3: Total personal and household items, line 15**                        **$4,250.00**

58. **Part 4: Total financial assets, line 36**                                    **$100.00**

59. **Part 5: Total business-related property, line 45**                           **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                  **$0.00**

61. **Part 7: Total other property not listed, line 54**        +                  **$0.00**

62. **Total personal property.** Add lines 56 through 61...      **$4,350.00**    Copy personal property total    **$4,350.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62        **$4,350.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cell Phone** <br> Line from *Schedule A/B*: **7.1** | **$500.00** | ■ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **2 Guns** <br> Line from *Schedule A/B*: **10.1** | **$750.00** | ■ **$750.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Clothing** <br> Line from *Schedule A/B*: **11.1** | **$500.00** | ■ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Jewelry** <br> Line from *Schedule A/B*: **12.1** | **$2,500.00** | ■ **$2,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Dash Films, Inc. 100%** <br> Line from *Schedule A/B*: **19.1** | **$0.00** | ■ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Damon Anthony Dash** | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Poppington LLC**<br>**50%**<br>Line from *Schedule A/B*: **19.2** | **$0.00** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Bluroc LLC**<br>**Unknown Percentage**<br>Line from *Schedule A/B*: **19.3** | **$0.00** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Blakroc LLC**<br>**33%**<br>Line from *Schedule A/B*: **19.4** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Lebanon Improvements LLC**<br>**Unknown Percentage**<br>Line from *Schedule A/B*: **19.5** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Ocean East Improvements LLC**<br>**Unknown Percentage**<br>Line from *Schedule A/B*: **19.6** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **DD172 LLC**<br>**100%**<br>Line from *Schedule A/B*: **19.7** | **$0.00** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **D Dash Films Inc.**<br>**100%**<br>Line from *Schedule A/B*: **19.8** | **$0.00** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **1996 Songs LLC**<br>**50%**<br>Line from *Schedule A/B*: **19.9** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Roc A Fella Films Inc., LLC**<br>**100%**<br>Line from *Schedule A/B*: **19.10** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Possible interests in other entities, but as of now, unknown**<br>**Unknown Percentage**<br>Line from *Schedule A/B*: **19.11** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Possible amount owed from Kareem Biggs**<br>Line from *Schedule A/B*: **30.1** | **Unknown** | ■           **$1.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Damon Anthony Dash** | | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Possible claims against: Chris Brown, E.W. Brooks, Muddy Waters Pictures, Josh Webber, Claudia Jordan, Monique Bunn, Muhammad Sultan, and Corrina Levine, for some or all of the following: money owed, civil conspiracy, malicious prosecution, defamation, etc**<br>Line from *Schedule A/B*: **34.1** | **Unknown** | ■           **$1.00**<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

   ■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ **notice purposes**

Debtor 1  **Damon Anthony Dash**

Case number (if known)

---

| 2.2 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**PO Box 54018**
**Los Angeles, CA 90054-0018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **8233**

**$5,792,611.2**
**0**

**$5,792,611.2**
**0**

**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**taxes**

---

| 2.3 | **NJ Division of Taxation** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**3 John Fitch Way**
**Trenton, NJ 08611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**$3,500,000.0**
**0**

**$3,500,000.0**
**0**

**$0.00**

**When was the debt incurred?** **2000-2002**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Taxes or penalties**

---

| 2.4 | **NYC Dept. of Social Services** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**Office of Legal Affairs**
**Bankruptcy Unit**
**150 Greenwich St., 38th FL**
**New York, NY 10007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**c/o**
**Rachel**
**Roy &**
**Cindy**
**Morale**
Last 4 digits of account number **s**

**$223,000.00**

**$223,000.00**

**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ■ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Domestic Support obligation (arrearages)**

---

Debtor 1  **Damon Anthony Dash**                                    Case number (if known) _____

| 2.5 | **NYC Dept. of Social Services** | | c/o Rachel Roy | | | |
|---|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | | $264,946.00 | $264,946.00 | $0.00 |

**NYC Dept. of Social Services**
Priority Creditor's Name
**Office of Legal Affairs**
**Bankruptcy Unit**
**150 Greenwich St., 38th FL**
**New York, NY 10007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Future tuition and educational expenses**

| 2.6 | **NYS Dept. of Taxation & Fin.** | | $9,654,700.00 | $9,654,700.00 | $0.00 |
|---|---|---|---|---|---|

**NYS Dept. of Taxation & Fin.**
Priority Creditor's Name
**Bankruptcy Seection**
**P.O. Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**  **Various (2005-2023)**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes or penalties owed to governmental units**

| 2.7 | **Rachel Roy** | | 2009 | $159,818.39 | $159,818.39 | $0.00 |
|---|---|---|---|---|---|---|

**Rachel Roy**
Priority Creditor's Name
**c/o Suares & Assoc.**
**833 Flatbush Ave., #100**
**Brooklyn, NY 11226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2009**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Domestic Support Obligation**

Debtor 1 **Damon Anthony Dash**  Case number (if known)

---

| 2.8 | **Tax Assessment Securities** | Last 4 digits of account number | **8344** | **$194,606.28** | **$194,606.28** | **$0.00** |

Priority Creditor's Name
**Los Angeles County**
**225 N Hill St. #1**
**Los Angeles, CA 90012**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**taxes**

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |

| 4.1 | **Ally Financial Inc.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**Ally Detroit Center**
**500 Woodward Ave.**
**Detroit, MI 48226**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **notice purposes** _____

---

Debtor 1   **Damon Anthony Dash**                                              Case number (if known) _____

---

| 4.2 | **Beverly Hills Institute of** | **Last 4 digits of account number**   8811 | **$199.92** |

**Beverly Hills Institute of**
Nonpriority Creditor's Name
**Opthalmology**
**416 N Bedford Dr. #300**
**Beverly Hills, CA 90210-4309**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   8811          **$199.92**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

| 4.3 | **Byram Healthcare Center** | **Last 4 digits of account number**   3521 | **$105.65** |

**Byram Healthcare Center**
Nonpriority Creditor's Name
**PO Box 830052**
**Philadelphia, PA 19182-0052**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   3521          **$105.65**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

| 4.4 | **Chase** | **Last 4 digits of account number**   9306 | **$440.00** |

**Chase**
Nonpriority Creditor's Name
**PO Box 44959**
**Indianapolis, IN 46244-4959**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   9306          **$440.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

Debtor 1  **Damon Anthony Dash**                     Case number (if known) _____

---

| 4.5 | **Chase National Pymt Svcs** | Last 4 digits of account number | **7962** | $76.27 |

Nonpriority Creditor's Name
**Mail Code OH1-1272**
**PO Box 182223**
**Columbus, OH 43218**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

---

| 4.6 | **Christopher Brown** | Last 4 digits of account number | **FAFM** | $100,000.00 |

Nonpriority Creditor's Name
**c/o Dina Adham**
**1230 Rosecrans Ave.**
**Suite 300, PMB No 698**
**Manhattan Beach, CA 90266**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

| 4.7 | **Cindy Morales** | Last 4 digits of account number | **65A1** | $207,600.00 |

Nonpriority Creditor's Name
**c/o Suares & Associates, PA**
**833 Flatbush Avenue**
**Suite 100**
**Brooklyn, NY 11226**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

Debtor 1 **Damon Anthony Dash**                    Case number (if known) _____

---

| 4.8 | **Corrina Levine** | **Last 4 digits of account number** | 7228 | **$40,000.00** |

Nonpriority Creditor's Name
**c/o State of California**
**Labor Commissioner's Office**
**6150 Van Nuys Blvd., Rm. 206**
**Van Nuys, CA 91401**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Wage Claim**

---

| 4.9 | **Edwyna Brooks** | **Last 4 digits of account number** | 6JSR | **$78,289.57** |

Nonpriority Creditor's Name
**c/o Chris Brown**
**Brown & Rosen LLC**
**77 Franklin St., 3rd FL**
**Boston, MA 02110**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

---

| 4.10 | **Gail Construction** | **Last 4 digits of account number** | 344 | **$24,874.41** |

Nonpriority Creditor's Name
**PO Box 481**
**Cody, WY 82414**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **contracting services**

---

Debtor 1  **Damon Anthony Dash**                                    Case number (if known) _____

| 4.1 1 | **H Lee Kagan** | Last 4 digits of account number **9177** | **$31.06** |

Nonpriority Creditor's Name
**13320 Riverside Ave**
**Sherman Oaks, CA 91423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

| 4.1 2 | **Josh Webber** | Last 4 digits of account number **3278** | **$4,000,000.00** |

Nonpriority Creditor's Name
**c/o  Dina Adham, Esq.**
**2321 Rosecrans Avenue**
**Suite 1260**
**El Segundo, CA 90245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

---

| 4.1 3 | **Josh Webber and Muddy Water** | Last 4 digits of account number **10CM** | **$823,284.00** |

Nonpriority Creditor's Name
**c/o  Christopher Brown, Esq.**
**77 Franklin St.**
**3rd Floor**
**Boston, MA 02109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

---

Debtor 1  **Damon Anthony Dash**

Case number (if known) _____

---

| 4.1 4 | | | |
|---|---|---|---|

**Linda Williams**
Nonpriority Creditor's Name
**c/o Erlanger Law Firm PLLC**
**122 E. 42 Street**
**Suite 518**
**New York, NY 10168**
Number Street City State Zip Code

Last 4 digits of account number  **1910**          $51,915.42

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

| 4.1 5 | | | |
|---|---|---|---|

**Monique Bunn**
Nonpriority Creditor's Name
**c/o Chris L. Brown**
**Brown & Rosen, LLC**
**77 Franklin St., 3rd Floor**
**Boston, MA 02110**
Number Street City State Zip Code

Last 4 digits of account number  **MGJC**          $30,000.00

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

| 4.1 6 | | | |
|---|---|---|---|

**Muhammad Sultan**
Nonpriority Creditor's Name
**c/o State of California**
**Labor Commissioner's Office**
**6150 Van Nuys Blvd., Rm. 206**
**Van Nuys, CA 91401**
Number Street City State Zip Code

Last 4 digits of account number  **3868**          $60,316.06

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Wage Claim**

---

Debtor 1 **Damon Anthony Dash**

Case number (if known) _____

---

**4.17**

**Optum Home Delivery**

Nonpriority Creditor's Name

**PO Box 2975**
**Mission, KS 66201-1375**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2023** _____  $158.79

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services** _____

---

**4.18**

**Sanders Roberts, LLP**

Nonpriority Creditor's Name

**1055 West 7th Street**
**Suite 3200**
**Los Angeles, CA 90017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **7961** _____  $93,677.95

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit** _____

---

**4.19**

**Weltman Weinberg & Reis**

Nonpriority Creditor's Name

**PO Box 93596**
**Cleveland, OH 44101-5596**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0028** _____  $2,398.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal services** _____

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Debtor 1 | **Damon Anthony Dash** | | Case number (if known) | |

| Name and Address<br>**Cindy Morales**<br>**92 Ridge Road**<br>**Ardsley, NY 10502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| Name and Address<br>**Corrina Levine**<br>**11430 Burbank Blvd. #517**<br>**North Hollywood, CA 91601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Josh Webber**<br>**Christopher Louis Brown**<br>**4700 Telegraph Avenue**<br>**Unit 101**<br>**Oakland, CA 94609-2095** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Linda Williams**<br>**65 Biltmore Circle**<br>**Huntington Station, NY 11746** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rachel Roy**<br>**587 Vendemmia Bend**<br>**Austin, TX 78738** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.7** of (Check one):<br><br>Last 4 digits of account number | ☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Sanders Roberts, LLP.**<br>**C/O Lawrence C. Hinkle II**<br>**1055 W 7th St, Ste 3200**<br>**Los Angeles, CA 90017-2557** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br><br>Last 4 digits of account number     7961 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Suares & Assoc.**<br>**833 Flatbush Ave.**<br>**Suite 100**<br>**Brooklyn, NY 11226** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.4** of (Check one):<br><br>Last 4 digits of account number | ☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Suares & Assoc.**<br>**833 Flatbush Ave.**<br>**Suite 100**<br>**Brooklyn, NY 11226** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.5** of (Check one):<br><br>Last 4 digits of account number | ☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total<br>claims<br>from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 647,764.39 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 19,141,917.48 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 19,789,681.87 |

Debtor 1 **Damon Anthony Dash**                                    Case number (if known) _____

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ _____ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ _____ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ _____ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ **5,513,367.60** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ **5,513,367.60** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Damon Anthony Dash** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** Name | |
| Number    Street | |
| City            State        ZIP Code | |
| **2.2** Name | |
| Number    Street | |
| City            State        ZIP Code | |
| **2.3** Name | |
| Number    Street | |
| City            State        ZIP Code | |
| **2.4** Name | |
| Number    Street | |
| City            State        ZIP Code | |
| **2.5** Name | |
| Number    Street | |
| City            State        ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1        **Damon Anthony Dash**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ■ No
   ☐ Yes.

   In which community state or territory did you live?    __-NONE-__ . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Poppington LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Josh Webber and Muddy Water** |
| 3.2    **Poppington LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Sanders Roberts, LLP** |

Debtor 1  **Damon Anthony Dash** _____  Case number *(if known)* _____

| ███ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.3 | **Poppington LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.15__ <br> ☐ Schedule G _____ <br> **Monique Bunn** |
| 3.4 | **Poppington LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.6__ <br> ☐ Schedule G _____ <br> **Christopher Brown** |
| 3.5 | **Raquel Horn** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.18__ <br> ☐ Schedule G _____ <br> **Sanders Roberts, LLP** |
| 3.6 | **Raquel Horn** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.15__ <br> ☐ Schedule G _____ <br> **Monique Bunn** |
| 3.7 | **Roc a Fella Films** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.5__ <br> ☐ Schedule G _____ <br> **Chase National Pymt Svcs** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

**Part 2:** Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1  **Damon Anthony Dash**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A

8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A

8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A

8e. **Social Security** | 8e. | $ 0.00 | $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ | 8f. | $ 0.00 | $ N/A

8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A

8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A

**10. Calculate monthly income.** Add line 7 + line 9. | 10. | $ 0.00 + | $ N/A = | $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ | 11. | +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 0.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain: **The Dash Group LLC pays approx. $300/month for Debtor's health/dental insurance and $250/month for Debtor's cellphone.**

Fill in this information to identify your case:

Debtor 1     **Damon Anthony Dash**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
   Debtor 2.                 each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
|     **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Damon Anthony Dash**                                           Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 0.00 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Back Taxes** | 16. $ | 2,000.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 3,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 5,200.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 5,200.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 5,200.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -5,200.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.      Explain here: **Item 16: Projected Back Taxes**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Damon Anthony Dash**                    X _____

**Damon Anthony Dash**
Signature of Debtor 1                              Signature of Debtor 2

Date  **September  4, 2025**                       Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | **$105,711.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Damon Anthony Dash** | Case number *(if known)* |
|---|---|---|

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No.
☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | **Damon Anthony Dash** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Christopher Brown v Dash**<br>**20-CV-10676-DSF** | **Civil** | **United States District Court**<br>**First Street Courthouse**<br>**350 West 1st Street**<br>**Courtroom 7D**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Cindy Morales v Dash**<br>**NX27765A1** | **Civil** | **State of New York**<br>**County of Bronx**<br>**Family Division**<br>**900 Sheridan Avenue**<br>**Bronx, NY 10451** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Josh Webber v Dash**<br>**2:2024cv03278** | **Civil** | **United States District Court**<br>**First Street Courthouse**<br>**350 West 1st Street**<br>**Courtroom 7A**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Josh Webber and Muddy Waters v**<br>**Dash**<br>**1:19-cv-00610-CM** | **Civil** | **United States District Court**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Linda Williams v Dash**<br>**150119/10** | | **Supreme Court**<br>**State of New York**<br>**880 Third Avenue**<br>**New York, NY 10022** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Monique Bunn v Dash**<br>**ED CV 20-7389-DMG (JCx)** | **Civil** | **United State District of CA**<br>**Central District of CA**<br>**350 West 1 st Street**<br>**Courtroom 8C**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Rachel Roy v Dash**<br>**350025/2009** | **Civil** | **Supreme Court of NY**<br>**New York County**<br>**111 Centre Street**<br>**New York, NY 10013** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Sanders Roberts, LLP v Dash**<br>**01-23-0003-7961** | **Civil** | **Sanders Roberts, LLP.**<br>**1055 West 7th Street**<br>**Suite 3200**<br>**Los Angeles, CA 90017** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **NYC Dept. of Social Services v**<br>**Dash**<br>**Rachel Roy and Cindy Morales** | **Collection** | **Bronx County Family Court**<br>**900 Sheridan Ave.**<br>**LM Floor**<br>**Bronx, NY 10451** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1 __Damon Anthony Dash__      Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Edwyna Brooks v Dash<br>1:24-CV-06666-JSR | Civil | U.S. District Ct. Southern District NY<br>500 Pearl St.<br>New York, NY 10007 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| NY Department of Taxation | interest in Roc A Fella Inc. | August 2024 | Unknown |
|  | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. |  |  |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Damon Anthony Dash**                                              Case number (*if known*) _____

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| credit counseling | Certificate of Counseling | Aug 2025 | $50.00 |
| ZinnLaw PLLC<br>2891 Center Pointe Dr., Suite 304<br>Fort Myers, FL 33916<br>brian@zinn.law | Attorney Fees and Costs | Jul 2025 | $5,338.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| NY Department of Taxation | 33% interest in Roc A Fella Inc. | Auctioned | August 2024 |

Debtor 1    **Damon Anthony Dash**                                        Case number *(if known)*

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Damon Anthony Dash**                                    Case number *(if known)*

---

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ■ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Dash Films, Inc.** | | EIN:<br><br>From-To |
| **Poppington LLC** | | EIN:<br><br>From-To |
| **Bluroc LLC** | | EIN:<br><br>From-To |
| **Blakroc LLC** | | EIN:<br><br>From-To |
| **Lebanon Improvements LLC** | | EIN:<br><br>From-To |

---

Debtor 1    **Damon Anthony Dash** _____    Case number *(if known)* _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| **Ocean East Improvements LLC** | | EIN: |
| | | From-To |
| **DD172 LLC** | | EIN: |
| | | From-To |
| **D Dash Films Inc.** | | EIN: |
| | | From-To |
| **1996 Songs LLC** | | EIN: |
| | | From-To |
| **Roc A Fella Films Inc., LLC** | | EIN: |
| | | From-To |
| **Possible interests in other entities, but as of now, unknown** | | EIN: |
| | | From-To |
| **Damon Dash Productions** | **dba sole proprietorship** | EIN: |
| | | From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Damon Anthony Dash** _____    _____
**Damon Anthony Dash**                                  **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **September  4, 2025** _____    Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Damon Anthony Dash** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

| Debtor 1 | **Damon Anthony Dash** | Case number (*if known*) | |

name:

Description of
property
securing debt:

☐ Retain the property and redeem it.
☐ Retain the property and enter into a
  *Reaffirmation Agreement.*
☐ Retain the property and [explain]:
_____

☐ Yes

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Damon Anthony Dash**_____

X _____

**Damon Anthony Dash**
Signature of Debtor 1

Signature of Debtor 2

Date **September 4, 2025**_____

Date _____

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1   **Damon Anthony Dash**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Florida

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

■ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $          0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $          0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $          0.00 | $ |

5.  **Net income from operating a business, profession, or farm**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $     0.00 | | |
| Ordinary and necessary operating expenses | | -$     0.00 | | |
| Net monthly income from a business, profession, or farm | $     0.00 | Copy here -> $          0.00 | $ |

6.  **Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $     0.00 | | |
| Ordinary and necessary operating expenses | | -$     0.00 | | |
| Net monthly income from rental or other real property | $     0.00 | Copy here -> $          0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $          0.00 | $ |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Damon Anthony Dash**                                    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

$ 0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................. $   0.00

For your spouse ................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

.  _____ $ 0.00   $ _____

_____ $ 0.00   $ _____

Total amounts from separate pages, if any.  + $ 0.00   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00   +   $ _____   =   $ 0.00

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................... **Copy line 11 here=>**   $ 0.00

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **FL**

Fill in the number of people in your household.   **1**

Fill in the median family income for your state and size of household.   13. $ **65,801.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*.
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Damon Anthony Dash** _____
**Damon Anthony Dash**
Signature of Debtor 1

Date   **September  4, 2025** _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Damon Anthony Dash**                                                    Case number (*if known*) _____

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Damon Anthony Dash**

                  Debtor(s)

Case No.

Chapter   **7**


# VERIFICATION OF CREDITOR MATRIX


The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:  **September 4, 2025**

**/s/ Damon Anthony Dash**

**Damon Anthony Dash**
Signature of Debtor

Damon Anthony Dash
6039 Cypress Gardens Blvd #620
Winter Haven, FL 33884

Cindy Morales
92 Ridge Road
Ardsley, NY 10502

Josh Webber and Muddy Water
c/o Christopher Brown, Esq.
77 Franklin St.
3rd Floor
Boston, MA 02109

Brian D. Zinn
ZinnLaw PLLC
2891 Center Pointe Dr., Suite 304
Fort Myers, FL 33916

Corrina Levine
c/o State of California
Labor Commissioner's Office
6150 Van Nuys Blvd., Rm. 206
Van Nuys, CA 91401

Linda Williams
c/o Erlanger Law Firm PLLC
122 E. 42 Street
Suite 518
New York, NY 10168

Ally Financial Inc.
Ally Detroit Center
500 Woodward Ave.
Detroit, MI 48226

Corrina Levine
11430 Burbank Blvd. #517
North Hollywood, CA 91601

Linda Williams
65 Biltmore Circle
Huntington Station, NY 11746

Beverly Hills Institute of
Opthalmology
416 N Bedford Dr. #300
Beverly Hills, CA 90210-4309

Edwyna Brooks
c/o Chris Brown
Brown & Rosen LLC
77 Franklin St., 3rd FL
Boston, MA 02110

Los Angeles County Treasurer
PO Box 54018
Los Angeles, CA 90054-0018

Byram Healthcare Center
PO Box 830052
Philadelphia, PA 19182-0052

Gail Construction
PO Box 481
Cody, WY 82414

Monique Bunn
c/o Chris L. Brown
Brown & Rosen, LLC
77 Franklin St., 3rd Floor
Boston, MA 02110

Chase
PO Box 44959
Indianapolis, IN 46244-4959

H Lee Kagan
13320 Riverside Dr.
Sherman Oaks, CA 91423

Muhammad Sultan
c/o State of California
Labor Commissioner's Office
6150 Van Nuys Blvd., Rm. 206
Van Nuys, CA 91401

Chase National Pymt Svcs
Mail Code OH1-1272
PO Box 182223
Columbus, OH 43218

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

NJ Division of Taxation
3 John Fitch Way
Trenton, NJ 08611

Christopher Brown
c/o Dina Adham
1230 Rosecrans Ave.
Suite 300, PMB No 698
Manhattan Beach, CA 90266

Josh Webber
c/o Dina Adham, Esq.
2321 Rosecrans Avenue
Suite 1260
El Segundo, CA 90245

NYC Dept. of Social Services
Office of Legal Affairs
Bankruptcy Unit
150 Greenwich St., 38th FL
New York, NY 10007

Cindy Morales
c/o Suares & Associates, PA
833 Flatbush Avenue
Suite 100
Brooklyn, NY 11226

Josh Webber
Christopher Louis Brown
4700 Telegraph Avenue
Unit 101
Oakland, CA 94609-2095

NYS Dept. of Taxation & Fin.
Bankruptcy Seection
P.O. Box 5300
Albany, NY 12205-0300

Optum Home Delivery
PO Box 2975
Mission, KS 66201-1375


Rachel Roy
c/o Suares & Assoc.
833 Flatbush Ave., #100
Brooklyn, NY 11226


Rachel Roy
587 Vendemmia Bend
Austin, TX 78738


Sanders Roberts, LLP
1055 West 7th Street
Suite 3200
Los Angeles, CA 90017


Sanders Roberts, LLP.
C/O Lawrence C. Hinkle II
1055 W 7th St, Ste 3200
Los Angeles, CA 90017-2557


Suares & Assoc.
833 Flatbush Ave.
Suite 100
Brooklyn, NY 11226


Tax Assessment Securities
Los Angeles County
225 N Hill St. #1
Los Angeles, CA 90012


Weltman Weinberg & Reis
PO Box 93596
Cleveland, OH 44101-5596

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Damon Anthony Dash**                                          Case No. _____
_____
                              Debtor(s)                                  Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **338.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  4, 2025**                              **/s/ Brian D. Zinn**
_____          _____
*Date*                                            **Brian D. Zinn 012497**
                                                  *Signature of Attorney*
                                                  **ZinnLaw PLLC**
                                                  **2891 Center Pointe Dr., Suite 304**
                                                  **Fort Myers, FL 33916**
                                                  **(239) 418-1529  Fax: (239) 236-0295**
                                                  **brian@zinn.law**
                                                  _____
                                                  *Name of law firm*

# EXHIBIT D



7:59    

<     **Enjoy your day fatso see you in court**

Enjoy your day fatso see you in court
Formal Demand — $100,000,000 Civil RICO
Claim

To: Chris Brown, Esq.
CC: Claudia Jordan; Josh Webber; Brian White;
Tony White; Larry Smith; Mike Muntaser
(Muddy Waters); E.W. Brooks; Muddy Waters
Films, LLC; Corina Levine; and all other parties
acting in concert


Dear All,

I am placing you on formal notice of my intent
to pursue claims under the Racketeer
Influenced and Corrupt Organizations Act (18
U.S.C. § 1962) and related state-law causes of
action.

Your coordinated actions — including fraud,
perjury, theft of intellectual property,
defamation, tortious interference, harassment,
and financial manipulation — have caused me
damages exceeding $100,000,000 (One
Hundred Million Dollars).


Summary of Wrongdoing

15

7:59

‹    **Enjoy your day fatso see you in court**

Summary of Wrongdoing

1    The Film The List / Dear Frank — I conceived, directed, financed, and produced the film. Despite my leadership and contributions, Tony White, Josh Webber, Brian White, Muddy Waters Films, and others misappropriated it, removed my credits, and retitled it Dear Frank. I was never compensated for directing the movie at all.

2    Budget Fraud (Tony White / Mike Muntaser) — Tony White lied about the budget as a precondition to production. Mike Muntaser admitted this. Although I offered to pay myself, Mike paid the editor, took delivery of the final cut, and used that leverage to cut me out.

3    False Testimony & Benefit (Claudia Jordan) — Claudia Jordan publicly praised my directing, appeared in edits/podcasts, then falsely testified under oath that I did not direct. She directly benefited, later starring in E.W. Brooks's film tied to Chris Brown, Esq.

4    Fraudulent Litigation (Chris Brown, Esq.) — Chris Brown represented E.W. Brooks, Monique Bunn, and Corina Levine in meritless, defamatory lawsuits coordinated to damage me. Testimony shows Josh Webber solicited his services.

5    Business Misappropriation (Larry Smith / G5 Grow) — I partnered with Larry Smith in a G5 cannabis grow in Las Vegas, including developing the "Pink Mink" strain for Cam'ron. Larry continued the business without me and

7:59                                    

< **Enjoy your day fatso see you in court**

5    Business Misappropriation (Larry Smith / G5 Grow) — I partnered with Larry Smith in a G5 cannabis grow in Las Vegas, including developing the "Pink Mink" strain for Cam'ron. Larry continued the business without me and excluded my contributions. He also attempted to pay my son to appear on Cam'ron's show, sending him money as part of another scheme.

6    Asset Manipulation & Bankruptcy Interference (Chris Brown, Esq.) — My Roc-A-Fella Inc. equity was forced to auction, knowing liens would consume proceeds. Chris Brown then contacted my bankruptcy lawyer, Brian, but never followed up, and separately told my LA counsel I "would not pay," causing that lawyer to withdraw — leading to a default. These actions forced me into bankruptcy.

Damages

I have suffered:

•    Wrongful loss of ownership and revenue from The List / Dear Frank.
•    A fraudulent ~$300,000 judgment.
•    Severe reputational harm from false allegations.
•    Theft of ventures including the G5 grow / Pink Mink strain.
•    Bankruptcy damages tied to Roc-A-Fella

17



**7:59**

< **Enjoy your day fatso see you in court**

Total damages: $100,000,000.00.


Demand


Within 14 days of this notice, you are required to:

   1   Cease and desist all defamatory, fraudulent, and harassing actions.
   2   Issue retractions of false statements and testimony.
   3   Provide an accounting of all profits from my films, business ventures, and related enterprises.
   4   Remit payment of $100,000,000.00.
   5   Preserve all evidence (emails, texts, contracts, financials, call sheets, recordings, trial records, communications with attorneys).


Failure to comply will result in the immediate filing of a Civil RICO action in federal court naming all of you, with additional parties added as revealed through discovery.


All rights are reserved.

Govern yourselves accordingly.

18

7:59    

 **Enjoy your day fatso see you in court**

Demand

Within 14 days of this notice, you are required to:

1    Cease and desist all defamatory, fraudulent, and harassing actions.
2    Issue retractions of false statements and testimony.
3    Provide an accounting of all profits from my films, business ventures, and related enterprises.
4    Remit payment of $100,000,000.00.
5    Preserve all evidence (emails, texts, contracts, financials, call sheets, recordings, trial records, communications with attorneys).

Failure to comply will result in the immediate filing of a Civil RICO action in federal court naming all of you, with additional parties added as revealed through discovery.

All rights are reserved.

Govern yourselves accordingly.

Sincerely,
Damon Dash
The Dash Group

# EXHIBIT E

**From:** Damon Dash <dame@thedashgroupllc.com>
**Sent:** Wednesday, September 17, 2025 9:54 PM
**To:** cbrown@brownrosen.com; Natraj Bhushan <natraj@turturrolawpc.com>
**Subject:** Formal Demand – $100,000,000 Civil RICO Claim

Subject: Formal Demand – $100,000,000 Civil RICO Claim

To: Chris Brown, Esq.

CC: Claudia Jordan; Josh Webber; Brian White; Tony White; Larry Smith; Mike Muntaser (Muddy Waters); E.W. Brooks; Muddy Waters Films, LLC; Corina Levine; and all other parties acting in concert

Dear All,

I am placing you on formal notice of my intent to pursue claims under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962) and related state-law causes of action.

Your coordinated actions — including fraud, perjury, theft of intellectual property, defamation, tortious interference, harassment, and financial manipulation — have caused me damages exceeding $100,000,000 (One Hundred Million Dollars).

## Summary of Wrongdoing

1. The Film The List / Dear Frank – I conceived, directed, financed, and produced the film. Despite my leadership and contributions, Tony White, Josh Webber, Brian White, Muddy Waters Films, and others misappropriated it, removed my credits, and retitled it Dear Frank. I was never compensated for directing the movie at all.

2. Budget Fraud (Tony White / Mike Muntaser) – Tony White lied about the budget as a precondition to production. Mike Muntaser admitted this. Although I offered to pay myself, Mike paid the editor, took delivery of the final cut, and used that leverage to cut me out.

3. False Testimony & Benefit (Claudia Jordan) – Claudia Jordan publicly praised my directing, appeared in edits/podcasts, then falsely testified under oath that I did not direct. She directly benefited, later starring in E.W. Brooks's film tied to Chris Brown, Esq.

4. Fraudulent Litigation (Chris Brown, Esq.) – Chris Brown represented E.W. Brooks, Monique Bunn, and Corina Levine in meritless, defamatory lawsuits coordinated to damage me. Testimony shows Josh Webber solicited his services.

5. Business Misappropriation (Larry Smith / G5 Grow) – I partnered with Larry Smith in a G5 cannabis grow in Las Vegas, including developing the "Pink Mink" strain for Cam'ron. Larry continued the business without me and excluded my contributions. He also attempted to pay my son to appear on Cam'ron's show, sending him money as part of another scheme.

6. Asset Manipulation & Bankruptcy Interference (Chris Brown, Esq.) – My Roc-A-Fella Inc. equity was forced to auction, knowing liens would consume proceeds. Chris Brown then contacted my bankruptcy lawyer, Brian, but never followed up, and separately told my LA counsel I

22

"would not pay," causing that lawyer to withdraw — leading to a default. These actions forced me into bankruptcy.

## Damages

I have suffered:

- Wrongful loss of ownership and revenue from The List / Dear Frank.
- A fraudulent ~$300,000 judgment.
- Severe reputational harm from false allegations.
- Theft of ventures including the G5 grow / Pink Mink strain.
- Bankruptcy damages tied to Roc-A-Fella Inc. equity.

Total damages: $100,000,000.00.

## Demand

Within 14 days of this notice, you are required to:

6. Cease and desist all defamatory, fraudulent, and harassing actions.

7. Issue retractions of false statements and testimony.

8. Provide an accounting of all profits from my films, business ventures, and related enterprises.

9. Remit payment of $100,000,000.00.

10. Preserve all evidence (emails, texts, contracts, financials, call sheets, recordings, trial records, communications with attorneys).

Failure to comply will result in the immediate filing of a Civil RICO action in federal court naming all of you, with additional parties added as revealed through discovery.

All rights are reserved.

Govern yourselves accordingly.

Sincerely,

Damon Dash

The Dash Group

24

# EXHIBIT F





10:33

DUSKOPOPPINGTON
**Posts**

**Follow**

duskopoppington ✓

2/5

Subject: Formal Demand – $100,000,000 Civil RICO Claim

To: Chris Brown, Esq.

CC: Claudia Jordan; Josh Webber; Brian White; Tony White; Larry Smith; Mike Muntaser (Muddy Waters); E.W. Brooks; Muddy Waters Films, LLC; Corina Levine; and all other parties acting in concert

Dear All,

I am placing you on formal notice of my intent to pursue claims under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962) and related state-law causes of action.

Your coordinated actions — including fraud, perjury, theft of intellectual property, defamation, tortious interference, harassment, and financial manipulation — have caused me damages exceeding $100,000,000 (One Hundred Million Dollars).

**Summary of Wrongdoing**

1. The Film The List / Dear Frank – I conceived, directed, financed, and produced the film. Despite my leadership and contributions, Tony White, Josh Webber, Brian White, Muddy Waters Films, and others misappropriated it, removed my credits, and retitled it Dear Frank. I was never compensated for directing the movie at all.
2. Budget Fraud (Tony White / Mike Muntaser) – Tony White lied about the budget as a precondition to production. Mike Muntaser admitted this. Although I offered to pay myself, Mike paid the editor, took delivery of the final cut, and used that leverage to cut me out.
3. False Testimony & Benefit (Claudia Jordan) – Claudia Jordan publicly praised my directing, appeared in edits/podcasts, then falsely testified under oath that I did not direct. She directly benefited, later starring in E.W. Brooks's film tied to Chris Brown, Esq.

♡ 1,903   ○ 603   ▽ 259   🔖

**duskopoppington** Too easy 😂 #checkmate stay tuned

September 18



DUSKOPOPPINGTON
**Posts**

duskopoppington ✔

3/5

4. **Fraudulent Litigation (Chris Brown, Esq.)** – Chris Brown represented E.W. Brooks, Monique Bunn, and Corina Levine in meritless, defamatory lawsuits coordinated to damage me. Testimony shows Josh Webber solicited his services.

5. **Business Misappropriation (Larry Smith / G5 Grow)** – I partnered with Larry Smith in a G5 cannabis grow in Las Vegas, including developing the "Pink Mink" strain for Cam'ron. Larry continued the business without me and excluded my contributions. He also attempted to pay my son to appear on Cam'ron's show, sending him money as part of another scheme.

6. **Asset Manipulation & Bankruptcy Interference (Chris Brown, Esq.)** – My Roc-A-Fella Inc. equity was forced to auction, knowing liens would consume proceeds. Chris Brown then contacted my bankruptcy lawyer, Brian, but never followed up, and separately told my LA counsel I "would not pay," causing that lawyer to withdraw — leading to a default. These actions forced me into bankruptcy.

**Damages**

I have suffered:

- Wrongful loss of ownership and revenue from The List / Dear Frank.
- A fraudulent ~$300,000 judgment.
- Severe reputational harm from false allegations.
- Theft of ventures including the G5 grow / Pink Mink strain.
- Bankruptcy damages tied to Roc-A-Fella Inc. equity.

Total damages: $100,000,000.00.

**Demand**

Within 14 days of this notice, you are required to:

1. Cease and desist all defamatory, fraudulent, and harassing actions.



♡ 1,903    ◯ 603    ◁ 259

**duskopoppington** Too easy 😂 #checkmate stay tuned

September 18



10:33

DUSKOPOPPINGTON
**Posts**

duskopoppington ✓          **Follow**          ...

4/5

2. Issue retractions of false statements and testimony.
3. Provide an accounting of all profits from my films, business ventures, and related enterprises.
4. Remit payment of $100,000,000.00.
5. Preserve all evidence (emails, texts, contracts, financials, call sheets, recordings, trial records, communications with attorneys).

Failure to comply will result in the immediate filing of a Civil RICO action in federal court naming all of you, with additional parties added as revealed through discovery.

All rights are reserved.

Govern yourselves accordingly.

Sincerely,

Damon Dash

The Dash Group

♡ 1,903   💬 603   ➤ 259          🔖

**duskopoppington** Too easy 😂 #checkmate stay tuned
September 18

29



# EXHIBIT G

From: **Tina Parmar** <tina-parmar@hotmail.com>
Date: Fri, Sep 26, 2025 at 1:32 PM
Subject: Re: Project Torn
To: Joshua Webber <josh@webberfilms.com>

Dear Josh,

Thank you for your message. I understand this situation is difficult and that you are in shock. However, after careful consideration and in line with the investor's direction, I must confirm that we cannot move ahead with you on Project Torn.

The investor's decision is final, while we acknowledge and appreciate the work you and your team have contributed to date, we are required to take the project in a different direction.

Sincerely,

Tina Parmar

Sent from my iPhone

On Sep 26, 2025, at 11:35, Joshua Webber <josh@webberfilms.com> wrote:

Tina,

Im very sorry to hear this but please allow me to explain.

Damon Dash has been defaming me for the last several years. All of his claims about me are completely untrue.

31

I would sincerely request a call with your investor to try and reconcile the situation.

My staff and I have done an extensive amount of work on this project and this will truly effect my reputation in the industry.

Please let me know whats possible as I am in a state of shock right now.

Thank you!


JOSH WEBBER
DIRECTOR I PRODUCER
JOSH@WEBBERFILMS.COM<mailto:JOSH@WEBBERFILMS.COM>
DIRECT: 323.633.8871
WWW.WEBBERFILMS.COM<https://emea01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.webberfilms.com%2F&data=05%7C02%7C%7C948f54152bd442b3d71108ddfd2b6205%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638945085136721552%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=uGOKg%2BwgAE2RRb0%2FknTYMzRlSDHla%2BIQJ%2FpwLivaFoY%3D&reserved=0>
[https://ci3.googleusercontent.com/mail-sig/AIorK4xeSF0mhyl4Mv4ZB7zsWM7zwYTM4YpNtk-PMj-qyZDQvJzjb6F4TO8yIrF-2Q7JPP-LDwQCX1jnIiT1]


CONFIDENTIAL: This email, including attached files, may contain confidential information and is intended only for the use of the individual and/or entity to which it is addressed. If you are not the intended recipient, disclosure, copying, use, or distribution of the information included in this email is prohibited. Please delete this email immediately and notify us by replying to this email.




On Fri, Sep 26, 2025 at 11:06 AM Tina Parmar <tina-parmar@hotmail.com<mailto:tina-parmar@hotmail.com>> wrote:

Dear Josh,


It has been brought to my attention that a recent post has surfaced online mentioning you in a very negative light.

Please see the attached screenshot, which was retrieved from Instagram on an account owned by Damon Dash (username: duskopoppington). I have verified this, and the same post has also appeared on AllHipHop.com, please see link

https://l.instagram.com/?u=https%3A%2F%2Fallhiphop.com%2Frumors%2Fdamon-dash-demands-100m-threatens-rico-lawsuit-amid-claudia-jordan-feud%2F&e=AT3vcaMxE7GS6uDM9tjv8SsSsv0XZa5IPLj3Z6rn1WeFX8Hkq9Yym2hKyCsITm4BFrHLYgkiKQ6J7cYDh1O7dESDizVuUFWJJ2HTekYrqN02anboYPJgwt-1NnOGtICvz50VRQvObo35<https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fl.instagram.com%2F%3Fu%3Dhttps%253A%252F%252Fallhiphop.com%252Frumors%252Fdamon-dash-demands-100m-threatens-rico-lawsuit-amid-claudia-jordan-feud%252F%26e%3DAT3vcaMxE7GS6uDM9tjv8SsSsv0XZa5IPLj3Z6rn1WeFX8Hkq9Yym2hKyCsITm4BFrHLYgkiKQ6J7cYDh1O7dESDizVuUFWJJ2HTekYrqN02anboYPJgwt-1NnOGtICvz50VRQvObo35&data=05%7C02%7C%7C948f54152bd442b3d71108ddfd2b6205%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638945085136743627%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=7fMXaLuhsBBStlr%2F0%2FQYEO54IKrEkiVpRxJDS5KefXU%3D&reserved=0>

Unfortunately, this development has had serious repercussions for the Torn project. The investor who was funding the production has expressed deep concern and has requested your removal from the project. Their position is that your continued involvement as producer and director could damage the reputation of the project, and they do not wish for Torn to be associated with you in light of these allegations.

Effective immediately, you will no longer be included in any emails or communications with the team going forward, including the Bollywood team. Additionally, we request that you destroy and permanently delete any materials in your possession connected to Torn, and that no related material be posted, shared, or circulated on social media or elsewhere.

This situation has already created a negative impact and is likely to spread further within the entertainment community, including in Bollywood. This is very unfortunate, as we were extremely pleased with the dedication and progress you have contributed to the project. I want to acknowledge and sincerely thank you for the role you have played in getting Torn to this stage.

33

However, given the investor's stance, we must now take the project in a different direction and align with a new production company. We cannot continue our association with you while these legal matters remain pending, and potentially beyond.

I regret that things have come to this, but ultimately, the decision lies with the investors. I wish you the very best in your future endeavors.

Sincerely,

Tina Parmar

[image0.png][image1.png][image2.png][image3.png]

34

# EXHIBIT H

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH WEBBER ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Affidavit of |
| ) | Tina Parmar |
| THE DASH GROUP LLC AND ) | |
| DAMON DASH ) | |
| Defendant ) | |

My name is Tina Parmar and I make this affidavit under the pains and penalty of perjury:

1.      I am a California resident and a member of  Torn Project LLC ("TP"), a

California entity. I am over the age of 18. My email is <u>tina-parmar@hotmail.com</u>.

2.      In August  2025, TP signed a contract with Webber Films LLC in order to have

Josh Webber ("Webber") direct and produce the film "TORN", a Bollywood styled film.

See Exhibit 1.  The contract  between TP and Webber is dated August 4, 2025.  TP

agreed to pay Webber Ten Million Dollars ($10,000,000.00)  for the project.

4.      On or about approximately September 19, 2025,  parties associated with TP, saw

a post about Webber on Instagram relating to Damon Dash.  Have some research also

found an article on the website "All Hip Hop" about the matter.

5.      The post was alarming and accused Webber of a RICO violation. We at TP

viewed this as a very serious matter. One of the investor's in TP demanded that I remove

Webber from the project.

1

6. On September 26, 2025, after communicating with Webber about this matter, I informed him via email that his contract was being terminated, and we could not move forward with him.   See Exhibit 2.


Signed under the penalty of perjury:


Tina Parmar

Dated: December 18, 2025

See attached document for notary jurat

2

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  Orange

Subscribed and sworn to (or affirmed) before me

on this  18th  day of  December , 20 25,
     *Date*      *Month*     *Year*

by

(1) Tina Parmar _____

(and (2)_____ ),
     *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
     *Signature of Notary Public*

**SARA JO GALINDO**
Notary Public · California
Orange County
Commission # 2437726
My Comm. Expires Feb 10, 2027

*Seal*
*Place Notary Seal Above*

──────────────── OPTIONAL ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Affidavit of Tina Parmar  Document Date: 12/18/2025

Number of Pages: 7  Signer(s) Other Than Named Above:  N/A

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# EXHIBIT 1





# TORN

Tanya, a 27-year-old Finance broker from Birmingham England, is on the cusp of a perfect life. Thriving in her professional career, on great terms with her traditional Indian parents and her boyfriend wants to marry her.

The only problem is, her family don't know she has a boyfriend, and she hasn't told them he's black. But she loves them and wants their blessing. Surprisingly, things work out well for Tanya, her parents accept her choice of partner, wanting her to be happy and free of judgement.

Her happy ending doesn't finish there... now she finds out he's been a cheat! Uh-oh, now what should Tanya do? She can't tell her parents they've just gone against every cultural rule book to accept him. It's easier to just go ahead with the 2'timer to save face.

It is in this timely moment she meets handsome stranger Ashlee, from a hot night out in the city, who sweeps Tanya off her feet and whisks away all her troubles.

This surprising encounter leaves her torn between her new romance with Ashlee and 2'timing Marcus. Meanwhile, the news about Tanya's black boyfriend has sent shockwaves through the local community, and Tanya's parents are forced to question her future.

Josh Webber
Webber Films
josh@webberfilms.com
323.633.8871

# TORN

If that wasn't enough to flip her world upside down, Tanya later learns that Ashlee, and her boyfriend Marcus are estranged brothers! Could things really get any worse for her? Tanya grapples with this shocking revelation and discovers her unexpected encounter was not the stars aligning and finds herself in the middle of a bigger feud.

With pressure still mounting from her parents to break it off with Marcus, for the family's reputation, Tanya is torn between her heart and head, a twisted love triangle ensues.



Produced by

WEBBER FILMS

Josh Webber
*https://www.webberfilms.com*
*josh@webberfilms.com*
*323.633.8871*



WEBBER FILMS

# EXHIBIT 2

From: **Tina Parmar** <tina-parmar@hotmail.com>
Date: Fri, Sep 26, 2025 at 1:32 PM
Subject: Re: Project Torn
To: Joshua Webber <josh@webberfilms.com>

Dear Josh,

Thank you for your message. I understand this situation is difficult and that you are in shock. However, after careful consideration and in line with the investor's direction, I must confirm that we cannot move ahead with you on Project Torn.

The investor's decision is final, while we acknowledge and appreciate the work you and your team have contributed to date, we are required to take the project in a different direction.

Sincerely,

Tina Parmar

Sent from my iPhone

On Sep 26, 2025, at 11:35, Joshua Webber <josh@webberfilms.com> wrote:

Tina,

Im very sorry to hear this but please allow me to explain.

Damon Dash has been defaming me for the last several years. All of his claims about me are completely untrue.

I would sincerely request a call with your investor to try and reconcile the situation.

4

My staff and I have done an extensive amount of work on this project and this will truly effect my reputation in the industry.

Please let me know whats possible as I am in a state of shock right now.

Thank you!

JOSH WEBBER
DIRECTOR I PRODUCER
JOSH@WEBBERFILMS.COM<mailto:JOSH@WEBBERFILMS.COM>
DIRECT: 323.633.8871
WWW.WEBBERFILMS.COM<https://emea01.safelinks.protection.outlook.com/?url=h
ttp%3A%2F%2Fwww.webberfilms.com%2F&data=05%7C02%7C%7C948f54152bd44
2b3d71108ddfd2b6205%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638945
085136721552%7CUnknown%7CTWFpbGGZsb3d8eyJFbXB0eU1hcGkOnRydWUsIlYi
OiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7
C0%7C%7C%7C&sdata=uGOKg%2BwgAE2RRb0%2FknTYMzRlSDHla%2BIQJ%2F
pwLivaFoY%3D&reserved=0>
[https://ci3.googleusercontent.com/mail-
sig/AIorK4xeSF0mhyl4Mv4ZB7zsWM7zwYTM4YpNtk-PMj-
qyZDQvJzjb6F4TO8yIrF-2Q7JPP-LDwQCX1jnIiT1]

CONFIDENTIAL: This email, including attached files, may contain confidential information and is intended only for the use of the individual and/or entity to which it is addressed. If you are not the intended recipient, disclosure, copying, use, or distribution of the information included in this email is prohibited. Please delete this email immediately and notify us by replying to this email.

On Fri, Sep 26, 2025 at 11:06 AM Tina Parmar <tina-parmar@hotmail.com<mailto:tina-parmar@hotmail.com>> wrote:

Dear Josh,

It has been brought to my attention that a recent post has surfaced online mentioning you in a very negative light.

Please see the attached screenshot, which was retrieved from Instagram on an account owned by Damon Dash (username: duskopoppington). I have verified this, and the same post has also appeared on AllHipHop.com, please see link

https://l.instagram.com/?u=https%3A%2F%2Fallhiphop.com%2Frumors%2Fdamon-dash-demands-100m-threatens-rico-lawsuit-amid-claudia-jordan-feud%2F&e=AT3vcaMxE7GS6uDM9tjv8SsSsv0XZa5IPLj3Z6rn1WeFX8Hkq9Yym2h KyCsITm4BFrHLYgkiKQ6J7cYDh1O7dESDizVuUFWJJ2HTekYrqN02anboYPJgwt-1NnOGtICvz50VRQvObo35<https://emea01.safelinks.protection.outlook.com/?url=https %3A%2F%2Fl.instagram.com%2F%3Fu%3Dhttps%253A%252F%252Fallhiphop.com %252Frumors%252Fdamon-dash-demands-100m-threatens-rico-lawsuit-amid-claudia-jordan-feud%252F%26e%3DAT3vcaMxE7GS6uDM9tjv8SsSsv0XZa5IPLj3Z6rn1WeFX8Hkq9 Yym2hKyCsITm4BFrHLYgkiKQ6J7cYDh1O7dESDizVuUFWJJ2HTekYrqN02anboYP Jgwt-1NnOGtICvz50VRQvObo35&data=05%7C02%7C%7C948f54152bd442b3d71108ddfd2 b6205%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638945085136743627% 7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsllYiOiIwLjAuMDA wMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7 C&sdata=7fMXaLuhsBBStlr%2F0%2FQYEO54IKrEkiVpRxJDS5KefXU%3D&reserve d=0>

Unfortunately, this development has had serious repercussions for the Torn project. The investor who was funding the production has expressed deep concern and has requested your removal from the project. Their position is that your continued involvement as producer and director could damage the reputation of the project, and they do not wish for Torn to be associated with you in light of these allegations.

Effective immediately, you will no longer be included in any emails or communications with the team going forward, including the Bollywood team. Additionally, we request that you destroy and permanently delete any materials in your possession connected to Torn, and that no related material be posted, shared, or circulated on social media or elsewhere.

This situation has already created a negative impact and is likely to spread further within the entertainment community, including in Bollywood. This is very unfortunate, as we were extremely pleased with the dedication and progress you have contributed to the project. I want to acknowledge and sincerely thank you for the role you have played in getting Torn to this stage.

6

However, given the investor's stance, we must now take the project in a different direction and align with a new production company. We cannot continue our association with you while these legal matters remain pending, and potentially beyond.

I regret that things have come to this, but ultimately, the decision lies with the investors. I wish you the very best in your future endeavors.

Sincerely,

Tina Parmar

[image0.png][image1.png][image2.png][image3.png]

7