The Dash Group, LLC
Address: 6039 Cypress Gardens Blvd, STE 620 Winter Haven FL 33884
Telephone: 863-434-3252
E-Mail: Raquel@thedashgroupllc.com



## UNITED STATES DISTRICT COURT
## CENTRAL DIVISION OF CALIFORNIA
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| JOSH WEBBER, | ) | Case Number |
|  | ) |  |
| Plaintiff, | ) | 2:25-ev-12104-HDV-AS |
| v. | ) |  |
|  | ) | **MOTION FOR EXTENSION OF TIME** |
| DAMON DASH, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THE DASH GROUP, LLC'S MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant The Dash Group, LLC ("The Group"), and pursuant to the rules that govern the following proceedings and in support thereof, states the following:

1. The Group requests a Motion for Extension of Time to file a response to the Complaint.

2. The Group has been diligently attempting to seek competent and affordable counsel that is licensed to litigate cases in the United States District Court.

3. To date, The Group has not been able to obtain counsel.

4. This is The Group's first request for an extension of time in the instant case.

5. The complexity of the causes of action raised in the complaint are difficult for a pro-se litigate.

6. Since the time of the last extension, I have made a good faith effort to locate counsel in a budget that I can afford, unfortunately, I have not been able to do so.

7. The instant Plaintiff and below law firm have numerous lawsuits across the country against me, that I am struggling to pay lawyers to defend.

8. At this time, I do not have the financial resources to hire competent representation and request an additional extension.

9. This motion is made in good faith and not for the purposes of delay.

10. Neither party's rights will be prejudiced by allowing The Group an extension to respond to the complaint.

**PRAYERS FOR RELIEF**

WHEREFORE, The Group prays for this Motion for Extension of Time to be granted as follows:

1. Provide The Group 30 additional days to respond to the Complaint.

2. Any other relief that the Court deems just and proper.

/s/ _____
The Dash Group, LLC
Address: 6039 Cypress Gardens Blvd, STE 620 Winter Haven FL 33884
Telephone: 863-434-3252
E-Mail: Raquel@thedashgroupllc.com